# Court of Appeals
# of the State of Georgia

ATLANTA, September 17, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0380. BRISTOL WOODS HOMEOWNERS ASSOCIATION, INC. v. JHESSICA A. BARROS.

In this homeowner's association assessment action, the trial court entered a final default judgment awarding Bristol Woods Homeowners Association, Inc. a total of $1,301.80. Bristol Woods filed this direct appeal, seeking to appeal the trial court's failure to award attorney fees pursuant to the covenants and OCGA § 44-3-232 (b) (3). We lack jurisdiction.

Appeals in actions for damages in which the judgment is $10,000 or less must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (6), (b); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Bristol Woods's failure to comply with the discretionary review procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED. See *Jennings*, 235 Ga. App. at 357.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/17/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ *, Clerk.*